**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROHAN DELANO DOUGLAS,

   Plaintiff(s),

v.                                     Case No:  8:06-CV-890-T-30TGW

ALBERTO GONZALEZ, etc., et al.,

   Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #9). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

    2.    The Petition for Emergency Intervention in Deportation Proceedings (Dkt. #3) and the Petition for Injunction Granting Expedited/Immediate Release (Conditionally) from Mandatory Detention and Enlargement of Time to Prepare Defense in Deportation Proceedings (Dkt. #4) are DISMISSED.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 12, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2006\06-cv-890.adopt 9.wpd